AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

MICHAEL DAVITT,

     Petitioner,            JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3-09-cv-508-ECR-VPC**

E.K. McDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XXX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petition is dismissed without prejudice.


  September 23, 2009                                                          **LANCE S. WILSON**
                                                                                            Clerk


                                                                                             /s/  Lia Griffin
                                                                                            Deputy Clerk